**UNITED STATES of America, Plaintiff-Appellee**

v. .

**Jaime Luis ESTRADA-MONZON, Defendant-Appellant**

**No. 16-40544**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed December 27, 2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jaime Luis Estrada-Monzon, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jaime Luis Estrada-Monzon in the appeal of his revocation sentence has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Estrada-Monzon has filed a response and has moved for

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appointment of new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Estrada-Monzon's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Estrada-Monzon's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.